NELLIE A. SMITH *vs.* ARTHUR B. SMITH, ADMINISTRATOR.

First Judicial District.

Argued January 8th—decided March 5th, 1914.

ACTION to secure the transfer of eighty-four shares of stock which were alleged to belong to the plaintiff and to have been held in trust for her by the defendant's intestate, brought to and tried by the Superior Court in Hartford County, *Holcomb, J.;* facts found and judgment rendered for the defendant, and appeal by the plaintiff. *No error.*

*Josiah H. Peck,* for the appellant (plaintiff).

*William F. Henney,* for the appellee (defendant).

PER CURIAM. The court found all the allegations of the complaint proven, except those which stated that the eighty-four shares of stock were the property of the plaintiff and that they were held by Edward W. Smith in trust for her. These allegations the Superior Court found were not established by the evidence.

The plaintiff contends that this conclusion was not warranted by the evidence, which has been made a part of the record under § 797 of the General Statutes. The burden of establishing these allegations rested upon the plaintiff. The trial court has found that the shares of

(729)

stock did not belong to the plaintiff, and that they were never held in trust for her by Edward W. Smith when he was living. These questions of fact were the controlling issues presented to the trial court, and an examination of the evidence shows that it could have reasonably reached the conclusion complained of by . the plaintiff.

The motion to correct is denied. It follows that the judgment of . the . court . adverse to . the plaintiff . was correct.

There is no error.